PANY, Respondents.— Motion for further extension of time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

LELAND Y. ROBINSON, Appellant, v. JOHANNA REMLING, Defendant, and THADDEUS C. SLAWSKI, Erroneously Sued as " THADDEUS C. SLAUSKI," Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

WARREN F. ROLLINS, Doing Business under the Firm Name of ROLLINS BROS., Respondent, v. JAMES W. ARMSTRONG, Individually and as Superintendent of Buildings of the City of Yonkers, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Leave to appeal is not necessary. (Civ. Prac. Act, § 588, subd. 1.) Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HENRY W. SCHAEFER, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MARTIN SCHNIBBE and Others, Appellants, v. FRED GLENZ and Another, Respondents.— Motion to resettle order denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

SIMON SCHNURMACHER, Plaintiff. ALBERT STERN and Others, Appellants, v. GEORGE GRIEPENKERL, Respondent.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HARRY G. WOODWORTH and Others, Copartners, Doing Business under the Firm Name and Style of WOODWORTH, LOUNSBERY & COMPANY, Appellants, v. ROBERT A. SASSEEN, Respondent. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HARRY G. WOODWORTH and Others, Copartners, Doing Business under the Firm Name and Style of WOODWORTH, LOUNSBERY & COMPANY, Appellants, v. ROBERT A. SASSEEN, Respondent. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

BARNEY ZINICK, Plaintiff, v. LENOX HILL APARTMENTS, INC., and Others, Defendants. HORACE M. BIDDLE, Receiver, Appellant; PERMANENT GRATE ENGINEERING CO., INC., Respondent.— Motion to restrain the Permanent Grate Engineering Co., Inc., its agents and any city marshal from interfering with or removing the property in question granted. We are of opinion that the Permanent Grate Engineering Co., Inc., should be permitted to intervene as a party to the foreclosure action upon its application. Present — Lazansky, P. J., Rich, Young Kapper and Seeger, JJ.

ALF HOLDING CORPORATION, Respondent, v. AMERICAN STOVE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

BROOKLYN EMPIRE CONSTRUCTION COMPANY, INC., Respondent, v. CINAK REALTY CORPORATION, Appellant, and PERRI CONTRACTING COMPANY, INC., and Others, Defendants. MAX HERSCHENSOHN, Assignee, Appellant; GEORGE C. MANNING, JR., as Receiver, etc., Respondent.— Order, as resettled, denying motion of